THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**MICHELLE DENISE HOWARD**                                               **PLAINTIFF**
**ADC #716162**

v.                         **Case No. 5:19-cv-00366-KGB**

**ARKANSAS DEPARTMENT OF CORRECTION,** *et al.*              **DEFENDANTS**

## ORDER

Before the Court is a Recommended Disposition submitted by United States Magistrate Judge Beth Deere (Dkt. No. 39). Plaintiff Michelle Denise Howard has not filed a response, and the time to file a response has passed. Accordingly, after careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects (*Id.*). The Court grants defendant Brandi Burton's motion for summary judgment due to Ms. Howard's failure to exhaust fully her administrative remedies before filing her complaint in this lawsuit (Dkt. No. 31). The Court dismisses Ms. Howard's claims against Ms. Burton without prejudice (Dkt. Nos. 2; 8).

It is so ordered this 26th day of January, 2021.

_____
Kristine G. Baker
United States District Judge