THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**MICHELLE DENISE HOWARD**                                         **PLAINTIFF**
**ADC #716162**

v.                      **Case No. 5:19-cv-00366-KGB**

**ARKANSAS DEPARTMENT OF CORRECTION,** *et al.*           **DEFENDANTS**

**JUDGMENT**

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that plaintiff Michelle Denise Howard's complaint is dismissed without prejudice. The relief requested is denied.

So adjudged this the 26th day of January, 2021.

_____
Kristine G. Baker
United States District Judge